IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Todd A. Richardson

Debtor

Bankruptcy No. 15-00024
Judge Donald R. Cassling
Chapter: 13

## OBJECTION TO CONFIRMATION

    NOW COMES Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America (hereinafter "Movant"), through its attorney, Rocio Herrera of Johnson, Blumberg & Associates, LLC, and states as follows:

1. The above-captioned Chapter 13 case was filed on January 2, 2015.

2. The Movant, a party in interest, holds a Mortgage dated August 13, 2004 on the property located at 4416 Cross Street, Downers Grove, Illinois 60515, in the original amount of $208,800.00.

3. As of January 2, 2015, the payoff on the above named Mortgage and Note was approximately $212,807.89 with arrears in the amount of $24,800.11.

4. The Debtor's proposed plan provides that the Chapter 13 Trustee is to pay the Movant $14,400.00 for its arrearage claim. Said plan does not fully pay Movant's actual claim and as such, the plan is unfeasible.

5. By not paying the full amount of Movant's claim, the proposed plan modifies the rights of the Movant and such modification is inconsistent with the provisions of 11 U.S.C. 1322(b)(2) and as such, the plan does not comply with the Bankruptcy Code.

WHEREFORE, Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America prays that confirmation of the Debtor's plan be denied and for such other relief as the Court deems just.

/s/ Rocio Herrera
Rocio Herrera, ARDC #6303516
Attorney for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America

Rocio Herrera
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE